ACCEPTED
04-16-00113-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/30/2016 10:12:39 AM
KEITH HOTTLE
CLERK



**COKINOS BOSIEN & YOUNG**
*Attorneys at Law*

PATRICIA M. OVIATT
poviatt@cbylaw.com

10999 West IH-10
Suite 800
San Antonio, Texas 78230

210.293.8700

www.cbylaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/30/2016 10:12:39 AM
KEITH E. HOTTLE
Clerk

August 29, 2016

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas 78205

## VACATION NOTICE

RE:  Court of Appeals Number 04-16-00113-CV, Trial Court Case Number 2015-CI-04008, *Richard Ramos, Individually and d/b/a Green Energy of SA and Green Energy of San Antonio v. Carol Burrows*

Dear Mr. Hottle:

This letter is to advise that I will be on vacation September 16, September 19, November 23, and December 22-27, 2016.

I respectfully request that nothing be schedule in the above-referenced matter that will require my attendance or a responsive pleading during this vacation period. By copy of this letter, I am notifying all counsel of record of this vacation schedule.

Thank you in advance for your cooperation.

Sincerely

COKINOS, BOSIEN & YOUNG

Patricia M. Oviatt
State Bar No. 24046571

PMO/mlr
G:\WPDOCS\PMO\Vacation Letter\PMO Vac Ltr - State.docx

cc:  Adam Cortez, *Via Facsimile to (210) 579-1218*

Houston  713.535.5500  •  Dallas-Ft. Worth  817.635.3600
A Professional Corporation